**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**MARTA D. KURSHUMOVA, ESQ.**
Nevada Bar No. 14728
E-mail: mkurshumova@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 920-8112
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RASHAUD BLANDBERG, an Individual, | **CASE NO.: 2:19-cv-01519-RFB-BNW** |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR A SIXTY (60) DAY EXTENSION OF THE DISCOVERY SCHEDULE** |
| ADVANCED LIGHTING AND ELECTRIC, INC., DOES I -X; ROE CORPORATIONS I -X. | |
| | **(FIRST REQUEST)** |
| Defendant. | |

The parties, Plaintiff RASHAUD BLANDBERG ("**Plaintiff**") and Defendant ADVANCED LIGHTING AND ELECTRINC, INC. ("**Defendant**"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1. That the close of Discovery currently set for July 20, 2020, be extended by a period of sixty (60) days, and become due on September 18, 2020 or as soon thereafter as the Court may allow;

      2.      That the deadline to file dispositive motions, currently due on August 19, 2020, be extended sixty (60) days, and become due on October 19, 2020 or as soon thereafter as the Court may allow;

      3.      That the deadline to file a pretrial order, currently due September 18, 2020, be extended sixty (60) days, and become due on November 17, 2020 or as soon thereafter as the Court may allow, unless dispositive motions have been filed and not decided and, in that case, thirty (30) days after decision on the dispositive motions or a further court order.

      4.      That the Parties exchanged Initial Disclosures and written discovery requests, including requests for documents, interrogatories, and requests for admissions;

      5.      That the Parties exchanged responses to the written discovery requests;

      6.      That the Parties have recently been conferring about the adequacy of certain of the discovery responses served by Defendant and believe if given additional time, the Parties may be able to resolve their discovery dispute without intervention by the Court;

      7.      That Plaintiff's counsel and Defendants' counsel have been in contact regarding the suitability of extending discovery in this matter based upon the current dispute over the adequacy of the written discovery responses served by Defendant, and the need for resolution of such dispute before the deposition of Defendant may proceed.  Both Plaintiff's and Defendant's counsel agree that an extension of the remaining discovery deadlines is warranted for this matter to be fully litigated on the merits and an extension is in the best interests of both the Parties and the Court;

      8.      That the Parties have the following depositions outstanding: Plaintiff, Person Most Knowledgeable for Defendant; Defendant, deposition of the Plaintiff.  The Parties have not taken those depositions because the Parties would prefer to complete the exchange of

written discovery.  Without a complete exchange of written discovery, the depositions will not be as meaningful.

9. The parties currently have a dispute regarding the Defendant's request for an in-person deposition of Plaintiff. The parties are hopeful that with the additional time, Court intervention in the dispute will not be necessary.

10. The parties have a dispute regarding the topics outlined in Plaintiff's deposition notice for the Person Most Knowledgeable of Advanced Lighting.  The parties are hopeful that with the additional time, Court intervention in the dispute will not be necessary.  The deposition of the Person Most Knowledgeable, when scheduled, will take place via remote means due to the ongoing Covid pandemic.

11. The parties have agreed on acceptable dates for the deposition of Mr. Domschott and the deposition is anticipated to take place on July 28, 29 or 30, 2020.  The deposition of Mr. Domschott will take place via remote means due to the ongoing Covid Pandemic.

12. That good cause exists for the request for the Discovery deadline to be extended until September 20, 2020 for the above-specified reasons.

///

///

///

///

13. This is the parties' first request for an extension of the discovery schedule. All parties believe the requested extension is warranted under the current circumstances and will not result in undue delay in the administration of this cause.

Dated:  July 17, 2020.

HKM EMPLOYMENT ATTORNEYS LLP
By: */s/ Jenny L. Foley*
JENNY L. FOLEY (Bar No. 9017)
MARTA D. KURSHUMOVA (Bar No. 14728)
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Telephone: (702) 805-8340
Facsimile: (702) 920-8112
Email:  jfoley@hkm.com
Email:  mkurshumova@hkm.com
*Attorneys for Plaintiff*

Dated: July 17, 2020.

LOVATO LAW FIRM, P.C

By: */s/ Mario P. Lovato*
 MARIO P. LOVATO
(Bar No. 7427)
7465 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128
Telephone: (702) 979-9047
Facsimile: (702) 554-3858
Email:  mpl@lovatolaw.com
*Attorneys for Defendant*

IT IS SO ORDERED

DATED:  4:03 pm, July 21, 2020

_____

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE