**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
**HKM EMPLOYMENT ATTORNEYS LLP**
1785 East Sahara, Suite 300
Las Vegas, Nevada 89104
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RASHAUD BLANDBERG, an Individual, <br><br> Plaintiff, <br><br> vs. <br><br> ADVANCED LIGHTING AND ELECTRIC, INC., DOES I -X; ROE CORPORATIONS I -X. <br><br> Defendant. | CASE NO.: 2:19-cv-01519-RFB-BNW <br><br> **STIPULATION AND ORDER FOR EXTENSION OF DISCOVERY SCHEDULE** <br><br> **(SECOND REQUEST)** |

The parties, Plaintiff RASHAUD BLANDBURG ("Blandburg") and Defendant ADVANCED LIGHTING AND ELECTRIC, INC. ("Advanced Lighting"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

This is the parties' second request for an extension for the discovery schedule. The requested extension is warranted under the current circumstances and will not result in undue delay in the administration of this cause.

For the reasons stated herein, that the following deadlines be extended:

- The close of Discovery currently set for September 18, 2020, be extended by approximately 90 days, such that the new close of discovery shall be **December 17, 2020**;

Page **1** of **3**

- The deadline to file dispositive motions, which is currently October 19, 2020, be extended approximately 90 days, such that the new deadline shall be **January 18, 2021**;

- The deadline to file a pretrial order, currently November 17, 2020, be extended approximately 90 days, such that the new deadline shall be **February 15, 2021**, unless dispositive motions have been filed and not decided and, in that case, the deadline shall be 30 days after decision on the dispositive motions or a further court order.

**Discovery Completed.** The Parties exchanged Initial Disclosures. Advanced Lighting's initial, and supplemental, disclosures have produced numerous documents, along with various video files. The parties have exchanged written discovery requests, including requests for documents, interrogatories, and requests for admissions. Thereafter, the Parties exchanged responses to the written discovery requests. A hearing was held on Plaintiff's Motion to Compel on or about August 10, 2020. To date, Plaintiff has not obtained revised responses to the discovery requests, which Defendant is working on. Plaintiff recently took and completed the referenced deposition of Nick Domschott, an Advanced Lighting worker.

Plaintiff Blandburg's counsel and Advanced Lighting's counsel have been in contact regarding the suitability of extending discovery in this matter. Further, the parties continue to disagree about the scope of the FRCP 30(b)(6) deposition notice, and Plaintiff continues to await Defendants specific objections to the topics listed in the notice. The parties continue to disagree about Defendant's request for an in-person deposition of Plaintiff and issues regarding availability of the deponents within the current short time frame for completing discovery. An extension of the remaining discovery deadlines is warranted for this matter to be fully litigated on the merits and an extension is in the best interests of both the Parties and the Court

**Discovery that remains to be completed.** The Parties currently seek to have the following depositions completed: (1) Advanced Lighting seeks to take Plaintiff Blandburg's deposition; and (2) Blandburg seeks to take the Rule 30(b)(6) deposition of Advanced Lighting (3) Blandburg seeks to take the depositions of "Ryan", "Cody" and "Jose" based on information provided during the deposition of Nick Domschott. Counsel have an ongoing dispute regarding production of these witnesses which may need court intervention.

Plaintiff continues to await Defendants revised responses to the written discovery requests as ordered by the Court at the August 10, 2020 hearing.

For the above-specified reasons, good cause exists for the extensions requested herein.

Dated: September 14, 2020.                    Dated: September 14, 2020.

HKM EMPLOYMENT ATTORNEYS LLP                  LOVATO LAW FIRM, P.C

By: */s/ Jenny L. Foley*                      By: */s/ Mario P. Lovato*
JENNY L. FOLEY (Bar No. 9017)                 MARIO P. LOVATO (Bar No. 7427)
1785 East Sahara, Suite 300                   7465 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89104                       Las Vegas, Nevada 89128
Telephone: (702) 805-8340                     Telephone: (702) 979-9047
Facsimile: (702) 805-8340                     Email: mpl@lovatolaw.com
Email: jfoley@hkm.com                         *Attorneys for Defendant*
*Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

September 16, 2020
_____
DATE