JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

MARIO P. LOVATO, ESQ.
Nevada Bar No. 7427
Email: mpl@lovatolaw.com
LOVATO LAW FIRM, P.C
7465 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128
Telephone: (702) 979-9047
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RASHAUD BLANDBURG, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED LIGHTING AND ELECTRIC, INC., DOES I -X; ROE CORPORATIONS I -X.<br><br>Defendant. | CASE NO.: 2:19-cv-01519-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER**<br><br>**(FIRST REQUEST)** |

Plaintiff Rashaud Blandburg ("Plaintiff"), and Defendant Advanced Lighting and Electric, Inc. ("Advanced Lighting"), through their respective attorneys of record, stipulate to, and agree upon, a minor extension of the deadline to submit a joint pretrial order, as follows.

On February 3, 2022, Plaintiff filed his Motion for Partial Summary Judgment. [ECF 58], which was opposed by Advanced Lighting.  Recently, oral argument took place on the

matter. Approximately, one month ago, on September 28, 2022, this Court entered its Order denying Plaintiff's Motion for Partial Summary Judgment. [ECF 75].

Early last week, Plaintiff's counsel had a family emergency that has prevented her from meeting and conferring with defense counsel in regard to the joint pretrial order. To give the parties sufficient time to meet and confer to finalize the joint pretrial order, the parties hereby stipulate and agree the parties shall have 30 additional days to file their joint pretrial order, such that the new deadline to file the joint pretrial order shall be **November 28, 2022**.

Plaintiff's counsel's on-going family emergency similarly delayed approval of this proposed stipulation constituting good cause for the approximately one court day delay in submitting this request.

This is the first request to extend the joint pretrial order deadline, and only the third request to extend discovery / case deadlines, and is not made for purposes of undue delay.

Dated: November 3, 2022

| HKM EMPLOYMENT ATTORNEYS LLP | LOVATO LAW FIRM, P.C |
|---|---|
| By: /s/ Jenny L. Foley_____<br>JENNY L. FOLEY, Ph.D., ESQ.<br>Nevada Bar No. 9017<br>101 Convention Center Drive, Suite 600<br>Las Vegas, Nevada 89109<br>Telephone: (702) 805-8340<br>Facsimile: (702) 805-8340<br>Email: jfoley@hkm.com<br>*Attorneys for Plaintiff* | By: /s/ Mario P. Lovato\_\_\_<br>MARIO P. LOVATO, ESQ.<br>Nevada Bar No. 7427<br>7465 W. Lake Mead Blvd., Suite 100<br>Las Vegas, Nevada 89128<br>Telephone: (702) 979-9047<br>Email: mpl@lovatolaw.com<br>*Attorneys for Defendant* |

### ORDER

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 4th day of November, 2022.

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Thursday, November 3, 2022 1:27 PM
**To:** Mario Lovato <mpl@lovatolaw.com>
**Subject:** Re: Rashaud Blandburg v. Advanced Lighting and Electric, Inc. / Submission of Joint Pretrial Order

Thanks. We will provide a date certain based on 30 days and submit the stipulation.

Thanks again,
Mike Arata



702-674-9270
marata@hkm.com
www.hkm.com

Mike Arata
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York | Phoenix
Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

> On Nov 3, 2022, at 1:24 PM, Mario Lovato <mpl@lovatolaw.com> wrote:
>
> Mr. Arata,
>
> Thirty days works better.  Just be sure to include a date certain (i.e. December _____), rather than just stating 30 days.
>
> Mario P. Lovato, Esq.
> LOVATO LAW FIRM, P.C.
> 7465 W. Lake Mead Blvd., Ste. 100
> Las Vegas, NV 89128
> TEL: 702-979-9047
> mpl@lovatolaw.com
>
> **From:** Arata, Mike <marata@hkm.com>
> **Sent:** Thursday, November 3, 2022 1:20 PM
> **To:** Mario Lovato <mpl@lovatolaw.com>
> **Subject:** RE: Rashaud Blandburg v. Advanced Lighting and Electric, Inc. / Submission of Joint Pretrial Order

1

Thanks, Mr. Lovato. Given the delay and upcoming holidays, would your client be willing to stipulate to continue the submission of the JPTO 30 days instead of the original 14 we discussed?

Thanks-



702-674-9270
marata@hkm.com
www.hkm.com

Mike Arata
Attorney

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York | Phoenix
Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

---

**From:** Mario Lovato <mpl@lovatolaw.com>
**Sent:** Thursday, November 3, 2022 12:49 PM
**To:** Arata, Mike <marata@hkm.com>
**Subject:** RE: Rashaud Blandburg v. Advanced Lighting and Electric, Inc. / Submission of Joint Pretrial Order

Mr. Arata,

I have been out-of-the-office for a few days.  The revised stipulation looks fine.  You can file with my electronic signature.

Thank you.

Mario P. Lovato, Esq.
LOVATO LAW FIRM, P.C.
7465 W. Lake Mead Blvd., Ste. 100
Las Vegas, NV 89128
TEL: 702-979-9047
mpl@lovatolaw.com

---

**From:** Arata, Mike <marata@hkm.com>
**Sent:** Wednesday, November 2, 2022 9:38 AM
**To:** Mario Lovato <mpl@lovatolaw.com>
**Cc:** Foley, Jenny <JFoley@hkm.com>
**Subject:** RE: Rashaud Blandburg v. Advanced Lighting and Electric, Inc. / Submission of Joint Pretrial Order

Hi Mario:

Following up again on the revised stipulation. Are you ok if we send this version to the Court with your electronic signature?

2

Thanks,
Mike



Mike Arata
Attorney

702-674-9270
marata@hkm.com
www.hkm.com

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York | Phoenix
Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*

**From:** Arata, Mike
**Sent:** Tuesday, November 1, 2022 1:42 PM
**To:** Mario Lovato <mpl@lovatolaw.com>
**Subject:** RE: Rashaud Blandburg v. Advanced Lighting and Electric, Inc. / Submission of Joint Pretrial Order

Hi Mario:

Is this version ok to submit to the Court with your electronic signature?

Thanks,
Mike



Mike Arata
Attorney

702-674-9270
marata@hkm.com
www.hkm.com

101 Convention Center Drive, Suite 600
Las Vegas, NV 89109

Arlington | Atlanta | Baltimore | Bellevue | Birmingham | Boston | Charlotte | Chicago | Denver
Indianapolis | Irvine | Kansas City | Las Vegas | Los Angeles | Minneapolis | New York | Phoenix
Pittsburgh | Portland | San Diego | Seattle | St. Louis | Washington, D.C.

*This email may contain confidential or attorney-client privileged information and is intended only for the recipient(s) identified above.*
*If you receive this email and are not the intended recipient, please contact our office and destroy any and all copies of this message that are in your possession.*