JENNY L. FOLEY, Ph.D., ESQ.
Nevada Bar No. 9017
E-mail: jfoley@hkm.com
HKM EMPLOYMENT ATTORNEYS LLP
101 Convention Center Drive, Suite 600
Las Vegas, Nevada 89109
Tel: (702) 805-8340
Fax: (702) 805-8340
*Attorneys for Plaintiff*

MARIO P. LOVATO, ESQ.
Nevada Bar No. 7427
Email: mpl@lovatolaw.com
LOVATO LAW FIRM, P.C
7465 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89128
Telephone: (702) 979-9047
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RASHAUD BLANDBURG, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>ADVANCED LIGHTING AND ELECTRIC, INC., DOES I -X; ROE CORPORATIONS I -X.<br><br>Defendant. | CASE NO.: 2:19-cv-01519-RFB-BNW<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER<br><br>(SECOND REQUEST) |

Plaintiff Rashaud Blandburg ("Plaintiff"), and Defendant Advanced Lighting and Electric, Inc. ("Advanced Lighting"), through their respective attorneys of record, stipulate to, and agree upon, an additional extension of the deadline to submit a joint pretrial order, as follows.

On February 3, 2022, Plaintiff filed his Motion for Partial Summary Judgment. [ECF

Page **1** of **2**

58], which was opposed by Advanced Lighting. After oral argument, on September 28, 2022, this Court entered its Order denying Plaintiff's Motion for Partial Summary Judgment. [ECF 75]. On November 4, 2022, this Court granted the parties' first request to extend the deadline to submit the joint pretrial order in this case to November 28, 2022. [ECF 77].

Because of the holidays and Plaintiff's counsel's family medical emergency, the parties have been unable to meet and confer with regard to the joint pretrial order. To give the parties sufficient time to meet and confer to finalize the joint pretrial order, the parties hereby stipulate and agree the parties shall have until **January 22, 2022**, to submit the joint pretrial order.

The holidays and Plaintiff's counsel's on-going family emergency similarly delayed approval of this proposed stipulation constituting good cause for the delay in submitting this request.

This is the second request to extend the joint pretrial order deadline and is not made for purposes of undue delay.

Dated this 4th day of January, 2023.

**HKM EMPLOYMENT ATTORNEYS LLP**     **LOVATO LAW FIRM, P.C**

By: */s/ Jenny L. Foley*                                       By: */s/ Mario P. Lovato*
JENNY L. FOLEY, Ph.D., ESQ.                        MARIO P. LOVATO, ESQ.
Nevada Bar No. 9017                                       Nevada Bar No. 7427
101 Convention Center Drive, Suite 600        7465 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89109                              Las Vegas, Nevada 89128
Telephone: (702) 805-8340                            Telephone: (702) 979-9047
Facsimile: (702) 805-8340                              Email: mpl@lovatolaw.com
Email: jfoley@hkm.com                                  *Attorneys for Defendant*
*Attorneys for Plaintiff*

## ORDER

IT IS SO ORDERED:

DATED: January 9, 2023.

_____
RICHARD E. BOULWARE, II
United States District Court

Page **2** of **2**