1

**JENNY L. FOLEY, Ph.D., ESQ.**
Nevada Bar No. 9017

2

E-mail: jfoley@hkm.com

3

**HKM EMPLOYMENT ATTORNEYS LLP**
101 Convention Center Drive, Suite 600

4

Las Vegas, Nevada 89109
Tel: (702) 805-8340

5

Fax: (702) 805-8340

6

*Attorneys for Plaintiff*

7

**MARIO P. LOVATO, ESQ.**
Nevada Bar No. 7427

8

Email: mpl@lovatolaw.com

9

**LOVATO LAW FIRM, P.C**
7465 W. Lake Mead Blvd., Suite 100

10

Las Vegas, Nevada 89128
Telephone: (702) 979-9047

11

*Attorneys for Defendant*

12

13

UNITED STATES DISTRICT COURT

14

DISTRICT OF NEVADA

15

16

RASHAUD BLANDBURG, an Individual,

17

Plaintiff,

18

vs.

19

ADVANCED LIGHTING AND
ELECTRIC, INC., DOES I -X; ROE

20

CORPORATIONS I -X.

21

22

Defendant.

| | |
|---|---|
| | CASE NO.: 2:19-cv-01519-RFB-BNW |
| | STIPULATION AND ORDER TO EXTEND TIME FOR PARTIES TO SUBMIT JOINT PRETRIAL ORDER |
| | (THIRD REQUEST) |

23

24

Plaintiff Rashaud Blandburg ("Plaintiff"), and Defendant Advanced Lighting and

25

Electric, Inc. ("Advanced Lighting"), through their respective attorneys of record, stipulate to,

26

and agree upon, an additional extension of the deadline to submit a joint pretrial order, as

27

follows.

28

On February 3, 2022, Plaintiff filed his Motion for Partial Summary Judgment. [ECF

58], which was opposed by Advanced Lighting.  After oral argument, on September 28, 2022, this Court entered its Order denying Plaintiff's Motion for Partial Summary Judgment. [ECF 75]. On November 4, 2022, this Court granted the parties' first request to extend the deadline to submit the joint pretrial order in this case to November 28, 2022. [ECF 77].

Because of the holidays and continued issues arising from Plaintiff's counsel's family medical emergency, the parties have been unable to meet and confer with regard to the joint pretrial order. To give the parties sufficient time to meet and confer to finalize the joint pretrial order, the parties hereby stipulate and agree the parties shall have until **February 28, 2022**, to submit the joint pretrial order.

Plaintiff's counsel's on-going family emergency and a death in Plaintiff's counsel's family similarly delayed approval of this proposed stipulation constituting good cause for the delay in submitting this request.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

      This is the third request to extend the joint pretrial order deadline and is not made for purposes of undue delay.

      Dated this 6th Day of February, 2023.

**HKM EMPLOYMENT ATTORNEYS LLP**    **LOVATO LAW FIRM, P.C**

By: */s/ Jenny L. Foley*_____    By:  */s/ Mario P. Lovato* ___
JENNY L. FOLEY, Ph.D., ESQ.    MARIO P. LOVATO, ESQ.
Nevada Bar No. 9017    Nevada Bar No. 7427
101 Convention Center Drive, Suite 600    7465 W. Lake Mead Blvd., Suite 100
Las Vegas, Nevada 89109    Las Vegas, Nevada 89128
Telephone: (702) 805-8340    Telephone: (702) 979-9047
Facsimile: (702) 805-8340    Email: mpl@lovatolaw.com
Email: jfoley@hkm.com    *Attorneys for Defendant*
*Attorneys for Plaintiff*

<u>ORDER</u>

      IT IS SO ORDERED:

      DATED:  _March 1, 2023._____

_____
RICHARD F. BOULWARE, II
United States District Court